

NUMBER 13-15-00180-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

AIR JIREH SERVICE CORPORATION, HVAC PLUMBING
SPECIALIST CORPORATION A/K/A HVAC PLUMBING
SPECIALIST CORPORATION A/K/A HVAC PLUMBING
SPECIALIST INC. D/B/A AIR JIREH SERVICE A/K/A
AIR JIREH SERVICES AND OSKAR SEPULVEDA, JR.,              Appellants,

v.

WEAVER & JACOBS CONSTRUCTORS, INC.,                            Appellee.

---

On Appeal from the 24th District Court
of De Witt County, Texas.

---

# ORDER

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Order Per Curiam**

This appeal was abated by this Court on December 4, 2015, due to the bankruptcy

of one of the parties to this appeal.   *See* 11 U.S.C. § 362; *see generally* TEX. R. APP. P.

8.    On June 30, 2017, the Court ordered the parties to file an advisory regarding the

status of the appeal and, if applicable, a motion to reinstate the appeal or a motion to dismiss the appeal.   Counsel for appellants has filed a motion to reinstate the appeal on the grounds that the bankruptcy has been discharged.   Accordingly, this case is hereby REINSTATED.

Appellants' counsel, Zarazua, has filed a motion to withdraw as counsel.   We grant said motion.   Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellants, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellants' amended brief was filed in this Court on December 3, 2015.   Appellee shall have thirty days to file its brief.

Appellants are directed to notify the Court promptly if they retain new counsel on appeal by filing a notice including that attorney=s name, mailing address, telephone number, facsimile number, email address, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6.

It is so ORDERED.

PER CURIAM

Delivered and filed the
31st day of July, 2017.